UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JUAN PEREZ,
      Plaintiff,

v.                          Case No. 6:26-cv-695-JA-DCI

KING CRAB ORLANDO, LLC and
ZI TAO NI,

      Defendants.

---------------------------------------------------------/

### DISCLOSURE STATEMENT PURSUANT TO
### FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03

The disclosures in this statement will contribute to evaluating judicial recusal and diversity of citizenship. A summary of the law of recusal and citizenship accompanies this statement. Each party must revise and supplement the disclosures throughout the pendency of the action to ensure continuing completeness and accuracy. The privacy protection of Rule 5.2, Federal Rules of Civil Procedure, applies to the disclosures.

#### RECUSAL INFORMATION

1.      If the filer is a nongovernmental corporate party or a nongovernmental corporation or any publicly held corporation owning 10% or more of its stock or state there is no such corporation:  **NONE**

2.      Identify any other entity of natural person—not a party or counsel of record- ----with an interest the action's outcome might substantially affect. **NONE**

3.      Identify any lawyer, ----other than counsel of record---who serves or has served in the action as a lawyer for the filer, who is financially interested in the action, or who might appear as a material witness in the action.  **NONE**

4.    If this is a bankruptcy appeal, identify the debtor, the trustee, and the members of the creditors' committee.  **NONE**

5.    Identify any entity or natural person not already disclosed and likely to actively participate in this action.  **UNKNOWN AT THIS TIME**

6.    Identify any conflict of interest affecting the district judge or the magistrate judge in this action**.  NONE**

### Citizenship Information

If the filer is a **natural person**, the filer must identify the filer's citizenship in accord with the person's domicile, which does not necessarily correspond to the person's residence.

If the filer is a **corporation**, the filer must identify its place of incorporation and its principal place of business.

If the filer is a **limited liability company** or **other unincorporated entity**, the filer must identify each member and the citizenship of each member and, if a member is another unincorporated entity, each member of that entity and that member's citizenship, and so on.

If, in a direct action against an insurer based on a policy or contract of liability insurance, the filer is the **insurer** and if the insured is not joined as a defendant, the filer, in accord with 28 U.S.C. § 1332(c)(1), must identify the filer's state of incorporation, the filer's principal place of business, and the insured's citizenship.

If the filer is the **legal representative of an estate**, the filer must identify the decedent's citizenship.

If the filer is the **legal representative of an infant or an incompetent person**, the filer must identify the infant's or incompetent person's citizenship.

7.    If a pleading or notice of removal asserts diversity jurisdiction under 28 U.S.C. § 1332(a) or supplemental jurisdiction under 28 U.S.C. § 1367(a), state the filer's citizenship.  **NONE**

**8.**      If this is a class action under 28 U.S.C. § 1332(d), state the filer's citizenship. If the filer is an unincorporated association, identify the association's principal place of business and the state under whose laws the association is organized.  **NONE**

<u>**CERTIFICATE**</u>

The filer certifies that the disclosures in this statement are complete and accurate to the best of the filer's knowledge, information, and belief. The filer agrees to revise and supplement the disclosures throughout the pendency of the action to ensure continuing completeness and accuracy.

Respectfully submitted this 9th day of April 2026.

ARCADIER, BIGGIE, AND WOOD, PLLC.

<u>*/s/ Joseph C. Wood , Esquire*</u>
Joseph C. Wood, Esquire
LEAD Counsel for Plaintiff
Florida Bar No.: 0093839
2815 W. New Haven, Suite 304
Melbourne, Florida 32904
Primary Email: office@ABWlegal.com
Secondary Email: wood@ABWlegal.com
Phone: (321) 953-5998
Fax: (321) 953-6075