# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Florida

Case Number: 6:26-CV-0695-JA-DCI

Plaintiff:
**JUAN PEREZ,**

vs.

Defendant:
**KING CRAB ORLANDO, LLC A FOREIGN LIMITED LIABILITY COMPANY ZI TAO NI, AN INDIVIDUAL,**

For:
Joseph C. Wood
Arcadier Biggie & Wood

Received by VERITEXT on the 6th day of April, 2026 at 12:36 pm to be served on **KING CRAB ORLANDO, LLC A FOREIGN LIMITED LIABILITY COMPANY, 13500 S. JOHN YOUNG PKWY, ORLANDO, FL 32837**.

I, Jay Bowen, do hereby affirm that on the **15th day of April, 2026** at **4:55 pm, I:**

served a **LIMITED LIABILITY COMPANY** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT AND DEMAND FOR JURY TRIAL** with the date and hour of service endorsed thereon by me, to: **CHI DOE** as **MANAGER** for **KING CRAB ORLANDO, LLC A FOREIGN LIMITED LIABILITY COMPANY**, at the address of: **13500 S. JOHN YOUNG PKWY, ORLANDO, FL 32837**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 40, Sex: M, Race/Skin Color: ASIAN, Height: 5'10, Weight: 175, Hair: BLACK, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under Penalty of Perjury, I declare that I have read the foregoing document and that the facts stated in it are true to the best of my knowledge. Notary not required pursuant to Florida Statute 92.525 verification of documents.

**Jay Bowen**
372

**VERITEXT**
**800 North Magnolia Avenue**
**Suite 400**
**Orlando, FL 32803**
**(800) 275-7991**

Our Job Serial Number: MGP-2026001553
Ref: 8007857

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e

